**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **PHYLLIS E. INFUSINO,** )<br>                    )<br>        Plaintiff,        )<br>                    )<br>        v.           )<br>                    )<br>**CAROLYN W. COLVIN**, Acting )<br>Commissioner of Social Security, )<br>                    )<br>        Defendant.        ) | Case No. 14 C 1262 |

**MEMORANDUM ORDER**

This Social Security Disability Insurance appeal by Phyllis Infusino ("Infusino") has just

come to this Court's calendar via random assignment. As her Complaint ¶ 11 states, on

January 23 of this year this Court's colleague Honorable Robert Dow, Jr. granted in part

Infusino's motion for summary judgment in an earlier appeal (Case No. 12 C 3852) and

remanded that case to the Social Security Administration for further proceedings consistent with

his opinion. Infusino's counsel concludes the Complaint here with the following:

> That, given the very recent remand of the earlier and related case discussed above,
> Plaintiff would be agreeable to a consolidation of both cases to be remanded for a
> new hearing per the order of Judge Dow.

Because this Court has nothing before it in this case other than the typical skeletal recital

encountered in complaints of this nature, it would appear likely that it wouldn't make much sense

to have the parties engage in the typical cross-motions for summary judgment that Social

Security appeals normally involve. Although "consolidation" is not really the correct label when

Judge Dow's case has already been remanded and this one is just beginning, this Court is sending

a copy of the current Complaint and this memorandum order to Assistant United States Attorney

Eric S. Pruitt, who handled Judge Dow's case, to see whether it would be appropriate simply to

enter a comparable order of remand, leaving it to the United States Attorney's Office to make certain that the remanded case gets reassigned to the same Administrative Law Judge who will be handling Judge Dow's case on remand. This Court directs AUSA Pruitt to file a response with this Court in that respect (with a copy of course served on Infusino's counsel) on or before March 17, 2014.

Milton I. Shadur
Senior United States District Judge

Dated: March 3, 2014