# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PHYLLIS E. INFUSINO**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 1262 |
| ) | |
| **CAROLYN W. COLVIN**, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On January 23, 2014 this Court's colleague Honorable Robert Dow, Jr. granted in part the motion of plaintiff Phyllis Infusino ("Infusino") for summary judgment in an earlier Social Security Disability Insurance appeal (Case No. 12 C 3852) and remanded that case to the Social Security Administration for further proceedings consistent with his opinion. On February 20, 2014 Infusino filed this appeal from another adverse decision of the Social Security Administration in a separate disability claim -- an appeal that came to this Court's calendar by random assignment. In response to Infusino's prayer for relief in this action, which seeks a remand of this case to the Social Security Administration to be consolidated with the earlier case referred to in this memorandum order for a new hearing pursuant to the order entered by Judge Dow, this Court issued a March 3 memorandum order directing the Government to respond to Infusino's proposed disposition.

On March 21 the United States filed a Supplemental Response to the March 3 order, stating in Paragraph 2 of that response:

> Counsel has now confirmed that the Social Security Administration has no
> objection to an order of remand as described in the court's order of March 3rd.

Upon remand, the current case and the previously remanded case (12 C 3852) will be processed and reviewed as one claim by the agency.

Accordingly this Court orders this case remanded to the Social Security Administration, pursuant to the joint consent of the parties, to be processed and reviewed as stated in the Government's response.

                                                   Milton I. Shadur
                                                   Senior United States District Judge

Dated: March 24, 2014